STATE OF MAINE                                    SUPERIOR COURT

Sagadahoc, ss.

JOHN GARRETT,
as parent and next friend of J.G.,
a minor,
                    Plaintiffs

        v.                                        Docket No.   BATSC-CV-07-069

HOWARD SPORTS, INC.

        and

HOWARD SPORTS-TOPSHAM, INC.

                    Defendants

## DECISION AND ORDER

This matter comes before the court on the defendants' motion for summary

judgment.   Oral argument was held May 5, 2009 on a consolidated basis in three related

pending cases against Howard Sports-Topsham.

The issues presented in this case for purposes of summary judgment are legally

identical to those presented in *Laurence v. Howard Sports-Topsham, Inc.*, Sag. CV-07-62, in

which the court has today issued a detailed written order regarding summary judgment

in that case.  The court hereby adopts and incorporates by reference its reasoning in the

*Laurence* order of this date.

For the reasons stated, it is ORDERED as follows:

1.  The defendant Howard Sports, Inc.'s motion for summary judgment is
    GRANTED, without objection.

2.  The defendant Howard Sports-Topsham, Inc.'s motion for summary
    judgment on the claims for intentional infliction of emotional distress

(Count III), negligent supervision (Count IV), vicarious liability (Count V), and punitive damages is GRANTED. As to Counts IV and V the order is without objection.

3. The defendant Howard Sports-Topsham, Inc.'s motion for summary judgment on the claims for negligence (Count I) and negligent infliction of emotional distress (Count II) is DENIED.

Pursuant to M.R. Civ. P. 79(a), the Clerk is hereby directed to incorporate this Decision and Order by reference in the docket.

Dated _____ 5-5 _____, 2009

Justice, Superior Court

2